# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** American Federation of Gov't Emps., et al.

**v.**

Donald Trump, President, et al.

**Case No:** 25-5290

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ● Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Donald J. Trump, President

U.S. Department of State

U.S. Agency for International Development

U.S. Department of the Treasury

Marco Rubio, Secretary of State, and Acting

Administrator of USAID

Scott Bessent, Secretary of Treasury

### Counsel Information

**Lead Counsel:** Cynthia Barmore

**Direct Phone:** (202) 598-0956  **Fax:** (202) 514-7964  **Email:** Cynthia.A.Barmore@usdoj.gov

**2nd Counsel:** Melissa N. Patterson

**Direct Phone:** (202) 514-1201  **Fax:** (202) 514-7964  **Email:** Melissa.Patterson@usdoj.gov

**3rd Counsel:**

**Direct Phone:** (___) ___-____  **Fax:** (___) ___-____  **Email:**

**Firm Name:** U.S. Department of Justice, Civil Division, Appellate Staff

**Firm Address:** 950 Pennsylvania Ave. NW, Washington, DC 20530

**Firm Phone:** (___) ___-____  **Fax:** (___) ___-____  **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)