**[ORAL ARGUMENT NOT SCHEDULED]**

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, et al., <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> DONALD J. TRUMP, President, et al., <br><br> Defendants-Appellees. | No. 25-5290 |

**CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

Pursuant to D.C. Circuit Rule 28(a)(1), the undersigned counsel certifies as follows:

**A.     Parties and Amici**

Defendants-Appellees are Donald J. Trump, President of the United States of America; United States Department of State; United States Agency for International Development; United States Department of the Treasury; Marco Rubio, Secretary of State, and Acting Administrator of United States Agency for International Development; and Scott Bessent, Secretary of Treasury.

Plaintiffs-Appellants are American Federation of Government Employees; American Foreign Service Association; and Oxfam America.

Amici in the district court include Former Senior National Security Officials (Charles Hagel, William Perry, Michael Hayden, Howard Berman, Eric Edelman, Brian McKeon, Wendy Sherman, Alexander Vershbow, Gayle Smith, Richard Boucher, A. Peter Burleigh, Ruth Davis, Robert Goldberg, Gordon Gray, Richard Greene, Robert Hutchings, Chris Kojm, Nancy McEldowney, Daniel Shapiro, Todd Stern, Harry Thomas Jr., and Pamela White); RESULTS Educational Fund, Inc.; ActionAid USA; Unitarian Universalist Service Committee; Members of Congress (202 individuals); and Constitutional Accountability Center. There were no intervenors in district court. There have been no amici or intervenors in this Court to date.

### B. Rulings Under Review

The rulings under review (issued by Judge Carl J. Nichols) are the memorandum opinion and order filed on July 25, 2025. There are no official citations for the opinion or order. The memorandum opinion is available on Westlaw at 2025 WL 2097574.

### C. Related Cases

The case on review has not previously been before this Court or any other court. There are several related pending cases within the meaning of D.C. Circuit Rule 28(a)(1)(C):

*Personal Services Contractor Ass'n v. Trump*, No. 25-5291 (D.C. Cir.);

*Global Health Council v. Trump*, Nos. 25-5097, 25-5098 (D.C. Cir.);

*Does 1-26 v. Musk*, No. 25-1273 (4th Cir.).

    Respectfully submitted,

    MELISSA N. PATTERSON

    <u>s/ *Cynthia Barmore*</u>
    CYNTHIA BARMORE
        *Attorneys, Appellate Staff*
        *Civil Division, Room 7541*
        *U.S. Department of Justice*
        *950 Pennsylvania Avenue NW*
        *Washington, DC 20530*
        *(202) 305-1754*

AUGUST 2025

# CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2025, I filed and served the foregoing with the Clerk of the Court by causing a copy to be electronically filed via the appellate CM/ECF system. I also hereby certify that the participants in the case are registered CM/ECF users and will be served via the CM/ECF system.

                                                s/ *Cynthia Barmore*
                                                Cynthia Barmore