# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 25-5290
2. DATE DOCKETED: 8/11/2025
3. CASE NAME (lead parties only): Am. Federation of Gov't Emps., et al. v. Donald Trump, et al.
4. TYPE OF CASE: ☒ District Ct - ⦿ US Civil ◯ Private Civil ◯ Criminal ◯ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court  ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED? ◯ Yes ⦿ No
   If YES, cite statute
6. CASE INFORMATION:
   a. District Court Docket No.
      Civil Action 1:25-cv-00352-CJN
      Bankruptcy Court Docket No.
      Bankruptcy
      Tax Court Docket No.
      Tax
      Criminal
      Adversary
      Miscellaneous
      Ancillary
   b. Review is sought of:
      ☒ Final Order  ☐ Interlocutory Order appealable as of right  ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Carl J. Nichols           Magistrate Judge
   d. Date of order(s) appealed (use date docketed): 7/25/2025   e. Date notice of appeal filed: 8/5/2025
   f. Has any other notice of appeal been filed in this case? ◯ Yes ⦿ No  If YES, date filed:
   g. Are any motions currently pending in trial court? ◯ Yes ⦿ No  If YES, date filed:
      If YES, identify motion
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)? ◯ Yes ⦿ No
      If NO, why not? order on appeal was issued without a hearing
   i. Has this case been before the Court under another appeal number? ◯ Yes Appeal # ⦿ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ⦿ Yes ◯ No If YES, give each case's court and case name, and docket number:
      Personal Services Contractor Ass'n v. Donald Trump, D.C. Cir. No. 25-5291
   k. Does this case turn on validity or correct interpretation or application of a statute? ◯ Yes ⦿ No
      If YES, give popular name and citation of statute
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution? ◯ Yes ⦿ No  If so, provide program name and participation dates

Signature /s/ Lauren Bateman    Date 9/8/25
Name of Party Am. Federation of Gov't Emps; Am. Foreign Serv. Assoc.; Oxfam America
Name of Counsel for Appellant/Petitioner Lauren Bateman; Allison Zieve; Karla Gilbride; Kaitlyn Golden
Address 1600 20th St NW Washington DC 20009
Phone ( 202 ) 588-1000    Fax ( )

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)