**[ORAL ARGUMENT NOT SCHEDULED]**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE D.C. CIRCUIT**

| | |
|---|---|
| American Federation of Government Employees, et al., <br><br> *Plaintiffs-Appellants*, <br><br> v. <br><br> President Donald J. Trump, et al., <br><br> *Defendants-Appellees*. | Case No. 25-5290 |

**CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

Pursuant to D.C. Circuit Rule 28(a)(1) and Federal Rule of Appellate Procedure 26.1, the undersigned counsel certifies as follows:

**A. Parties and Amici**

Plaintiffs-Appellants are American Foreign Service Association; American Federation of Government Employees; and Oxfam America.

Defendants-Appellees are Donald Trump; United States Department of State; United States Agency for International Development; United States Treasury Department; Marco Rubio, Secretary of State and Acting Administrator for the United States Agency for International Development; and Scott Bessent, Secretary of Treasury.

Pursuant to Federal Rule of Appellate Procedure 26.1, Appellants state that none of them has a parent, subsidiary, or affiliate that has issued shares or debt securities to the public.

Results Educational Fund, Inc.; ActionAid USA; Unitarian Universalist Service Committee; 202 Members of Congress; Constitutional Accountability Center; and Former Senior National Security Officials were amici in the district court.

There are no intervenors or amici in this Court as of this filing.

**B. Rulings Under Review**

The rulings under review are the Order issued on July 25, 2025 (Dkt. No. 90) and the Memorandum Opinion (Dkt. No. 91), entered by the Honorable Carl J. Nichols on July 25, 2025, granting Defendants' motion to dismiss and denying Plaintiffs' motion for summary judgment, and all orders antecedent to such order and opinion. *See Am. Foreign Serv. Ass'n v. Trump*, No. 1:25-CV-352 (CJN), 2025 WL 2097574 (D.D.C. July 25, 2025).

**C. Related Cases**

This case has not been in any court other than the district court from which it originated.

In a separate appeal, Plaintiff-Appellant Personal Services Contractor Association has appealed from the same district court opinion at issue in this appeal. *Personal Servs. Contractor Ass'n v. Donald Trump*, No. 25-5291 (D.C. Cir.). The cases, however, were litigated independently below and the district court's conclusions of law as to each case do not overlap.

The undersigned counsel is unaware of any other related cases currently pending in this Court or any other court.

Dated: September 8, 2025    Respectfully submitted,

*/s/ Lauren Bateman*
Lauren Bateman (DC Bar No. 1047285)
Karla Gilbride (DC Bar No. 1005586)
Allison Zieve (DC Bar No. 424786)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
lbateman@citizen.org

Kaitlyn Golden (DC Bar No. 1034214)
Kayla M. Kaufman (DC Bar No. 90029091)
Robin F. Thurston (DC Bar No. 1531399)
Skye L. Perryman (DC Bar No. 984573)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
kgolden@democracyforward.org

*Counsel for Appellants*