**IN THE UNITED STATES COURT OF APPEALS
FOR THE D.C. CIRCUIT**

| | |
|---|---|
| American Federation of Government Employees, et al., <br><br> *Plaintiffs-Appellants*, <br><br> v. <br><br> President Donald J. Trump, et al., <br><br> *Defendants-Appellees*. | Case No. 25-5290 |

**STATEMENT OF ISSUES**

The issues on appeal are (1) whether the district court erred in concluding that Plaintiff Oxfam America lacks standing; and (2) whether the district court erred in concluding that Plaintiff American Federation of Government Employees and Plaintiff American Foreign Service Association's claims must be channeled to administrative agencies.

Dated: September 8, 2025

Respectfully submitted,

*/s/ Lauren Bateman*
Lauren Bateman (DC Bar No. 1047285)
Karla Gilbride (DC Bar No. 1005586)
Allison Zieve (DC Bar No. 424786)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
lbateman@citizen.org

Kaitlyn Golden (DC Bar No. 1034214)
Kayla M. Kaufman (DC Bar No. 90029091)
Robin F. Thurston (DC Bar No. 1531399)
Skye L. Perryman (DC Bar No. 984573)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
kgolden@democracyforward.org