# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

AMERICAN FOREIGN SERVICE
ASSOCIATION, et al.,

    *Plaintiffs*,

v.

DONALD TRUMP, et al.,

    *Defendants*.

Civil Action No. 1:25-cv-352 (CJN)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Plaintiffs' Motion for Summary Judgment, ECF No. 51, is **DENIED**; and it is further

**ORDERED** that Defendants' Motion to Dismiss, ECF No. 70, is **GRANTED**; and it is further

**ORDERED** that Plaintiffs' Amended Complaint, ECF No. 30, is **DISMISSED**.

This is a final and appealable Order.

The Clerk of Court is directed to terminate this case.

DATE: July 25, 2025

                                            CARL J. NICHOLS
                                            United States District Judge