**[ORAL ARGUMENT NOT SCHEDULED]**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE D.C. CIRCUIT**

| | |
|---|---|
| American Federation of Government Employees, et al., *Plaintiffs-Appellants*, v. President Donald J. Trump, et al., *Defendants-Appellees*. | Case No. 25-5290 |

**STATEMENT OF INTENT CONCERNING DEFERRED JOINT APPENDIX**

Plaintiffs-Appellants American Federation of Government Employees, American Foreign Service Association, and Oxfam America do not intend to use a deferred appendix.

Dated: September 8, 2025

Respectfully submitted,

*/s/ Lauren Bateman*
Lauren Bateman (DC Bar No. 1047285)
Karla Gilbride (DC Bar No. 1005586)
Allison Zieve (DC Bar No. 424786)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
lbateman@citizen.org

Kaitlyn Golden (DC Bar No. 1034214)
Kayla M. Kaufman (DC Bar No. 90029091)
Robin F. Thurston (DC Bar No. 1531399)
Skye L. Perryman (DC Bar No. 984573)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
kgolden@democracyforward.org

1