**ORAL ARGUMENT NOT YET SCHEDULED**
No. 25-5290

---

**UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.*,
*Appellants*,

v.

DONALD J. TRUMP, President of the United States of America, *et al.*,
*Appellees.*

---

On Appeal from the District Court for the District of Columbia

---

**BRIEF OF AMICI CURIAE ACTIONAID USA AND UNITARIAN
UNIVERSALIST SERVICE COMMITTEE
IN SUPPORT OF APPELLANTS**

---

SUBASH IYER
Kaplan Kirsch LLP
1500 Broadway, Suite 1605
New York, NY 10036
(929) 458-6975
siyer@kaplankirsch.com

JOHN E. PUTNAM
1675 Broadway, Suite 2300
Denver, CO 80202
(303) 825-7010
jputnam@kaplankirsch.com

CAITLIN MCCUSKER
SARA MOGHARABI
1634 I Street, NW, Suite 300
Washington, D.C. 20006
(202) 955-5600
cmccusker@kaplankirsch.com
smogharabi@kaplankirsch.com

*Counsel for Amici Curiae*

## <u>CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES</u>

Except for *amici* in this brief and any other *amici* who have not yet entered an appearance, all parties, intervenors, and amici appearing before the district court and in this court are listed Appellants' Certificate as to Parties, Rulings, and Related Cases filed on November 26, 2025 (Doc. No. 2147393) References to the ruling at issue appear in the same Certificate as do all related cases of which *amici* in this brief are aware.

i

## <u>CIRCUIT RULE 26.1 CORPORATE DISCLOSURE</u>

Pursuant to Circuit Rule 26.1, *amici* state as follows:

ActionAid USA is a 501(c)(3) nonprofit organization and the U.S. branch of a federation that works to achieve poverty eradication, social justice, and gender equality. It states that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Unitarian Universalist Service Committee is a nonprofit organization that works to advance human rights and social justice throughout the world. It states that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

## <u>RULE 29 CERTIFICATION</u>

Pursuant to Circuit Rule 29(b), *amici* state that all parties have consented to the filing of this *amicus* brief. *Amici* are not aware of any other expected amicus briefs in this case.

iii

# TABLE OF CONTENTS

TABLE OF AUTHORITIES ..................................................................v

GLOSSARY ......................................................................................x

INTEREST OF AMICI CURIAE ........................................................1

SUMMARY OF ARGUMENT ...........................................................2

ARGUMENT ....................................................................................3

    I.    USAID's Critical Role in Global Development and Humanitarian Aid ...............................................................................................3

    II.   USAID's Achievements ...........................................................6

    III.  USAID's Dismantling ...........................................................10

    IV.  Harm to Vulnerable Populations Worldwide .......................14

        A.   Global Health ...............................................................15

        B.   Malnutrition and Famine...............................................19

        C.   Humanitarian Aid and Development Assistance ......................21

    V.   USAID's Dismantling Has Damaged the Global Aid Ecosystem ......25

CONCLUSION ...............................................................................29

CERTIFICATE OF COMPLIANCE ...............................................31

CERTIFICATE OF SERVICE .........................................................32

(Page 5 of Total)

# <u>TABLE OF AUTHORITIES</u>

**STATUTES**

Foreign Affairs Reform and Restructuring Act of 1998, Pub. L. No. 105-277, Div.
G, 22 U.S.C. § 6563...................................................................................3

**OTHER AUTHORITIES**[*]

Taiwo Adebayo, "*Children Die as USAID Aid Cuts Snap a Lifeline for the World's
Most Malnourished*," Associated Press (May 16, 2025).....................................20

Karar Z. Ahsan et al., *Accounting for Aid: Estimating the Impact of United States'
Global Health Investments on Mortality Among Women of Reproductive Age
Using Synthetic Control and Bayesian Methods*, 15 J. Glob. Health 1 (2025)......8

*Annual Performance Report for 2023*, World Food Programme Executive Board 1
(2024)...................................................................................................19

*At Least 652 Children Died From Malnutrition in Nigeria in Last Six Months, MSF
Says*, Reuters (July 25, 2025) ...........................................................21

Laura Barron-Lopez et al., *USAID Signs Covered with Black Tape or Removed at
Washington Headquarters*, PBS News (Feb. 7, 2025).........................................12

Emma Batha, *Drugs for Tropical Diseases Go to Waste After US Aid Cuts*, Context
News (Aug. 21, 2025).........................................................................17

Thalia Beaty, *US Foreign Aid Cuts Leave a Funding Gap that Private Donors Are
Unlikely to Fill*, Associated Press (Mar. 7, 2025) ..................................5

Nicholas Enrich, *Info Memo for the USAID Administrator and Deputy
Administrator re Risks to U.S. National Security and Public Health:
Consequences of Pausing Global Health Funding for Lifesaving Humanitarian
Assistance*, USAID (Mar. 4, 2025).....................................................17

Lauren Evans, *The Fall of USAID Changed Everything – Even for Those It Didn't
Fund*, Devex (Mar. 13, 2025)...........................................................27

Exec. Order No. 10,973, 26 Fed. Reg. 10,469 (Nov. 3, 1961) ..................................3

---

[*] The Addendum accompanying this brief includes copies of sources cited that are
not readily accessible online.

Exec. Order No. 14,169, 90 Fed. Reg. 8,619 (Jan. 20, 2025)...................................10

Simon Fraser, "*Consequences and Implications for the International Development Assistance Sector from the Closure of USAID*," Glob. Pol'y J. (Mar. 20, 2025) 5, 26

*Funding at a Crossroads: Foreign Aid Cuts and Implications for Global Human Rights*, Human Rights Funders Network 1 (2025)...............................................26

Joseph Gedeon, *Rubio Says 83% of USAID Programs Terminated After Six-Week Purge*, Guardian (Mar. 10, 2025) ........................................................................13

Caitlin Grady et al., *Surveying the Food Aid Ecosystem: Six Months Post-USAID* Glob. Food Institute at The George Was. Univ. 1 (2025)................................6, 26

Sebastion Haug, Anna Novoselova, & Stephan Klingebiel, *Trump's Assault on Foreign Aid: Implications for International Development Cooperation*, German Institute of Dev. & Sustainability 1 (2025) ..........................................................22

*Historic Pocket Recission Package Eliminates Woke, Weaponized, and Wasteful Spending*, The White House (Aug. 29, 2025) .....................................................13

*Info Memo for the PEPFAR Implementing Agencies and PEPFAR Country Coordinators*, U.S. Dep't of State (Feb. 1, 2025) .................................................11

*Integrated Governance Approach Yields improved Services in Senegal*, RTI International (Oct. 7, 2024) ..........................................................................9, 10

Jennifer Kates et al., *How Much Global Health Funding Goes Through USAID?*, KFF (Feb. 7, 2025) .......................................................................... 4, 15, 18, 19

Meg Kelly et al., *Trump's USAID Pause Stranded Lifesaving Drugs. Children Died Waiting*, Wash. Post (Sept. 30, 2025)................................................. 11, 12

Ellen Knickmeyer, *USAID Website Goes Dark Amid Trump Administration's Freeze on Foreign Aid Worldwide*, PBS News (Feb. 1, 2025) ...........................12

Allison Lombardo, *USAID Cuts Weaken U.S. Influence at the United States*, Ctr. for Strategic & Inter'l Stud. (May 19, 2025).......................................................19

Apoorva Mandavilli, *A $45 Treatment Can Save a Starving Child. US Aid Cuts Have Frozen the Supply*, N.Y. Times (Aug. 18, 2025) .......................... 19, 20, 28

Emily M. McCabe, Cong. Rsch. Serv., IF10261, *U.S. Agency for International Development: An Overview* (Sept. 5, 2025) ................................. 3, 4, 6, 7, 13, 14

Daniella Medeiros Cavalcanti et al., *Evaluating the Impact of Two Decades of USAID Interventions and Projecting the Effects of Defunding on Mortality up to 2030: A Retrospective Impact Evaluation and Forecasting Analysis*, 406 Lancet 283 (2025) ......................................................................... 3, 7, 8, 14, 21, 22, 29

Nicolas A. Menzies et al., *Potential Paediatric Tuberculosis Incidence and Deaths Resulting from Interruption in Programmes Supported by International Health Aid, 2025-34: A Mathematical Modelling Study*, 9 Lancet 787 (2025) ........ 15, 16

Message to Congress from President Trump re Proposed Rescission of Budgetary Resources (May 28, 2025) .................................................................... 13

Brett Murphy & Anna Maria Barry-Jester, *Death, Sexual Violence and Human Trafficking: Fallout from U.S. Aid Withdrawal Hits the World's Most Fragile Locations*, Pro Publica (May 28, 2025) ................................................. 25

Ryan Nobles et al., *White House Asks Congress to Codify DOGE Cuts to USAID and Public Broadcasting*, NBC News (June 3, 2025) ......................... 13

Stephanie Nolen, *America's Retreat from Aid Is Devastating Somalia's Health System*, N.Y. Times (Oct. 24, 2025) .................................................. 23, 24, 27, 29

*On the Brink of Catastrophe: U.S. Foreign Aid Disruption to HIV Services in Tanzania and Uganda*, Physicians for Human Rights (Sept. 3, 2025) ............... 19

Saskia Osendarp et al., *The Full Lethal Impact of Massive Cuts to International Food Aid*, Nature (Mar. 26, 2025) ..................................................... 21

Nick Paton-Walsh, Natalie Wright, & Samuel Come, *In Mozambique, an ISIS Insurgency is Newly Energized as US Cuts Impact Aid Programs*, CNN (Nov. 21, 2025) ............................................................................... 24

*PEPFAR*, HIV.gov ............................................................................ 18

Faraan Rahim et al., *Life After USAID: Africa's Development, Education, and Health Care*, Think Global Health (Mar. 18, 2025) ................................. 6

Sec'y of State, *Emergency Humanitarian Waiver to Foreign Assistance Pause*, U.S. Dep't of State (Jan. 28, 2025) .................................................... 10

vii

Sec'y of State, Unclassified Email Memorandum to All Diplomatic and Consular Posts re Executive Order on Review of Foreign Assistance Programs (Jan. 24, 2025) ...............................................................................................10

Amy Shoenfeld Walker et al., *What Remains of U.S.A.I.D.?*, N.Y. Times (June 22, 2025) ................................................................................... 11, 14

Arjun Srinivas & Dylan-Ebs, *USAID Shutdown Created Permanent Cracks in Global Humanitarian System: Study*, GW Hatchet (Nov. 17, 2025) ..................28

Debra ten Brink et al., *Impact of an International HIV Funding Crisis on HIV Infections and Mortality in Low-Income and Middle-Income Countries: A Modelling Study*, 12 Lancet HIV E346 (2025) ....................................................18

*The Human Impact of Cutting USAID*, Oxfam America (Nov. 7, 2025) .......... 23, 28

*The Trump Administration's Foreign Aid Review, Status of the President's Malaria Initiative (PMI)*, KFF (Oct. 16, 2025) ...................................................16

U.S. Dep't of State Off. of the Spokesperson, *Secretary Marco Rubio Appointed as Acting Administrator for the United States Agency for International Development (USAID)* (Feb. 3, 2025) ...................................................12

U.S. Dep't of State, *Report to Congress on U.S. Contributions to International Organizations Fiscal Year 2023* (Dec. 3, 2024) ...................................................5

U.S. Dep't of State, United States Foreign Assistance Dashboard ...........................3

USA Spending, *Agency for International Development*...........................................14

USAID Off. of Inspector Gen. & Health & Hum. Services Off. of Inspector Gen., *Quarterly Progress Report on U.S. Government International Ebola Response and Preparedness Activities* (2015)........................................................5

USAID Off. of Inspector Gen., *Notification of Administrative Leave* ...................12

USAID Off. of the Adm'r, *USAID's Final Mission* (Mar. 28, 2025) .....................12

Matthew Ward-Agius, *Global Aid Crisis Dire as Winter Nears for Millions in Need*, Deutsche Welle (Nov. 15, 2025)....................................................... 25, 29

William Weiss et al., *Estimating the Impact of Donor Programs on Child Mortality in Low-and Middle-Income Countries: A Synthetic Control Analysis of Child*

viii

*Health Programs Funded by the United States Agency for International Development*, 20:2 Population Health Metric 1 (2022) .........................................8

*What USAID Did, and the Effects of Trump's Cuts on Lifesaving Aid*, Oxfam America (Nov. 6, 2025) ...........................................................................9

**RULES**

Federal Rule of Appellate Procedure 29(a)(4)(E)......................................1

(Page 10 of Total)

## <u>GLOSSARY</u>

| | |
|---|---|
| AIDS | Acquired immunodeficiency syndrome |
| DRC | Democratic Republic of Congo |
| HIV | Human immunodeficiency virus |
| ISIS | Islamic State of Iraq and Syria |
| PEPFAR | The United States President's Emergency Plan for AIDS Relief |
| USAID | United States Agency for International Development |

x

## INTEREST OF AMICI CURIAE[1]

*Amici Curiae* are two nonprofit organizations that have seen their work and mission upended by the decision to dismantle the United States Agency for International Development (USAID). *Amici* submit this brief in support of the Appellants to note USAID's tremendous achievements and emphasize the catastrophic consequences of its demise.

Amicus **ActionAid USA** is the U.S. branch of ActionAid International, a federation that works in over 70 countries to eradicate poverty and further human rights. ActionAid USA is a United States 501(c)(3) nonprofit organization. The termination of USAID funding devastated the work of ActionAid federation offices and partners around the world. As of January 2025, ActionAid offices held nearly $12.5 million in USAID-funded grants, and another $21 million at risk from U.S. funding cuts to the United Nations and other international programs.

Amicus **Unitarian Universalist Service Committee** (**the "Committee"**) is a nonprofit organization that works to advance human rights throughout the world, through its work with over 80 international grassroots partners in over 25 countries. The Committee's predecessor organization, the Unitarian Services Committee, was

---

[1] Pursuant to Federal Rule of Appellate Procedure 29(a)(4)(E), *amici* certify that no party's counsel authored this brief in whole or part, no party or party's counsel contributed money to fund this brief, and no person other than amicus, its members, and its counsel contributed money to fund this brief. All parties have consented to this filing.

founded in 1940 to aid European refugees of World War II. Eighty years later, the Committee continues the work of advancing human rights around the world. The Committee provides funding, advocacy, and a range of technical services to grassroots partners. The termination of USAID funding has devastated the work of the Committee and its international partners around the world.

*Amici* respectfully urge this Court to reverse the district court's grant of summary judgment for Appellees.

## SUMMARY OF ARGUMENT

To understand the full scope of devastation wrought by USAID's elimination, one must begin with USAID's unique and critical role for over 60 years in alleviating poverty, fighting disease, feeding millions, responding to crises, and promoting stability throughout the world. In the months since USAID's gutting, there have been truly horrific consequences in public health, nutrition, and democratic governance. These consequences will only worsen, as institutions that relied on USAID's financial and technical support and its vast network of partners struggle to fill the massive gap left behind, at a moment when the need for global aid is as profound as ever. *Amici* are groups, like Oxfam America, who have worked at the forefront of international human rights and humanitarian efforts for decades. They seek to provide the Court with additional insight into the impact of USAID and the horrific consequences of its sudden demise.

2

At the outset, *Amici* note that their use of forceful language throughout this brief is not taken lightly. It is sadly warranted due to the grave and far-reaching consequences on human health and welfare, both present and future, resulting from USAID's dismantling.

## **ARGUMENT**

## I.    **USAID's Critical Role in Global Development and Humanitarian Aid**

USAID has led U.S. development and humanitarian efforts worldwide since its establishment in 1961.[2] President John F. Kennedy created USAID by executive order as an Executive Branch agency under authority of the 1961 Foreign Assistance Act.[3] Congress later codified USAID in statute.[4] USAID's aim was two-fold: to provide humanitarian assistance, and to support the economic growth and self-reliance of developing countries, especially those deemed strategic for America's economic and geopolitical impact.[5]

---

[2] *See* Emily M. McCabe, Cong. Rsch. Serv., IF10261, U.S. Agency for International Development: An Overview (Sept. 5, 2025).

[3] Exec. Order No. 10,973, 26 Fed. Reg. 10,469 (Nov. 3, 1961).

[4] Foreign Affairs Reform and Restructuring Act of 1998, Pub. L. No. 105-277, Div. G, 22 U.S.C. § 6563.

[5] Daniella Medeiros Cavalcanti et al., *Evaluating the Impact of Two Decades of USAID Interventions and Projecting the Effects of Defunding on Mortality up to 2030: A Retrospective Impact Evaluation and Forecasting Analysis*, 406 Lancet 283, 283 (2025), https://www.thelancet.com/action/showPdf?pii=S0140-6736%2825%2901186-9 [provided in Addendum ("ADD.") at 1]; *see generally* U.S. Dep't of State, United States Foreign Assistance Dashboard, https://foreignassistance.gov/ (select "U.S. Agency for International Development" under "Managing Agency").

3

From its inception, USAID worked globally to promote humanitarian assistance, health, education, economic development, governance, democracy, security, and stabilization in service of its twin aims. USAID implemented projects through grants, cooperative agreements, and contracts with foreign and U.S. development partners, including nonprofit organizations, for-profit corporations, universities, international organizations, and foreign governments.[6] USAID provided the bulk of its aid through "bilateral" funding to run programs in specific countries, which were implemented either by USAID or by partners on the ground.[7] As of 2024, USAID maintained a workforce of approximately 10,000, two-thirds of whom were employed overseas, many working out of more than 60 country and regional missions that designed and managed a range of projects. USAID provided assistance to 130 countries in fiscal year 2024.[8]

Isolating the precise financial impact of USAID on multilateral development organizations is difficult, but there is no doubt of USAID's role as a primary funder. USAID provided significant voluntary contributions to United Nations humanitarian

---

[6] McCabe, *supra* note 2, at 1.

[7] Jennifer Kates et al., *How Much Global Health Funding Goes Through USAID?*, KFF (Feb. 7, 2025), https://www.kff.org/global-health-policy/how-much-global-health-funding-goes-through-usaid/.

[8] McCabe, *supra* note 2, at 1. The top 10 countries, in order, were: Ukraine, Democratic Republic of Congo, Jordan, Ethiopia, West Bank and Gaza, Sudan, Nigeria, Yemen, Afghanistan, and South Sudan. *Id.*

4

aid programs.[9] The World Food Program and Children's Fund, in particular, relied heavily on USAID to sustain critical operations in regions like sub-Saharan Africa, the Middle East, and South Asia.[10]

USAID's impact extended far beyond funding. Through its technical, managerial, analytical, and operational skills, the agency was well-positioned to coordinate multilateral aid in complex environments. USAID worked to identify where funding would have the most impact, developed partnerships to amplify impact, designed and implemented programs in coordination with local governments and other U.S. agencies, and ensured that allocated funding was used effectively and not diverted or wasted.[11] USAID also provided critical coordination architecture to facilitate and leverage donations from other governmental and private donors.[12] A prime example is the agency's role in coordinating the multilateral response to the

---

[9] U.S. Dep't of State, *Report to Congress on U.S. Contributions to International Organizations Fiscal Year 2023* (Dec. 3, 2024), https://www.state.gov/u-s-contributions-to-international-organizations-2023.

[10] Simon Fraser, "*Consequences and Implications for the International Development Assistance Sector from the Closure of USAID*," Glob. Pol'y J. (Mar. 20, 2025), https://www.globalpolicyjournal.com/blog/20/03/2025/consequences-and-implications-international-development-assistance-sector-closure.

[11] *See generally* USAID Off. of Inspector Gen. & Health & Hum. Services Off. of Inspector Gen., *Quarterly Progress Report on U.S. Government International Ebola Response and Preparedness Activities* (2015), https://perma.cc/G2VG-UDXY.

[12] Thalia Beaty, *US Foreign Aid Cuts Leave a Funding Gap that Private Donors Are Unlikely to Fill*, Associated Press (Mar. 7, 2025 at 08:32 EST), https://apnews.com/article/usaid-foreign-aid-funding-cuts-donors-b76a6a1410349784f8136fb63eae41c3.

2014 to 2016 Ebola outbreak in West Africa that infected 28,000 people and killed 11,300.[13] USAID mobilized the World Health Organization, the U.S. Centers for Disease Control and Prevention, and other health agencies to help stop the outbreak and assist affected countries in developing critical skills like data tracking, disease isolation and management, and contract tracing to promote resilience in future outbreaks.[14] As a recent George Washington University Global Food Institute report put it, USAID functioned as "a convener, information-sharer, standard-setter across the humanitarian system."[15]

## II.    USAID's Achievements

To grasp the full extent of the devastation caused by USAID's shutdown, one must first appreciate its stunning success. For decades, the United States has been the single largest source of foreign assistance to the world, much of which was channeled through USAID. In fiscal year 2024, USAID managed more than $35 billion in congressionally appropriated foreign aid.[16]

---

[13] Faraan Rahim et al., *Life After USAID: Africa's Development, Education, and Health Care*, Think Global Health (Mar. 18, 2025), https://www.thinkglobalhealth.org/article/life-after-usaid-africas-development-education-and-health-care.

[14] *Id.*

[15] Caitlin Grady et al., *Surveying the Food Aid Ecosystem: Six Months Post-USAID* Glob. Food Institute at The George Was. Univ. 1, 3 (2025), https://globalfoodinstitute.gwu.edu/sites/g/files/zaxdzs5956/files/2025-11/gfi-2526-194-gfi-white-paper-oct2025-web-optimized.pdf.

[16] McCabe, *supra* note 2, at 1.

USAID's mission prioritized poverty reduction, as shown by its assistance to 69 of the 77 World Bank-determined low- and middle-income countries in fiscal year 2024.[17] But its strength across multiple humanitarian sectors enabled it to pivot to meet global needs. Starting in the early 1990s, health became the largest USAID sector by funding, a trend that accelerated in 2004 with the President's Emergency Plan for AIDS Relief (PEPFAR) and again in 2020, as the United States provided worldwide emergency relief to combat the COVID-19 pandemic.[18] Subsequently, USAID health spending was overtaken by humanitarian assistance in fiscal years 2022 and 2024 due to natural- and human-induced crises and by governance in fiscal year 2023 due to direct financial support for Ukraine.[19]

These funds reflect a congressional commitment to USAID's crucial role in improving global health, reducing mortality from poverty-related diseases, and saving millions of lives. A recent study attempted to quantify the total impact of all USAID funding and programs on mortality from 2001 to 2021, based on data from 133 countries and territories, including all low-income and middle-income countries.[20] The results demonstrated that over the past two decades, USAID-funded projects helped prevent more than *91 million deaths* globally, including 30 million

---

[17] *Id.*

[18] *Id.*

[19] *Id.*

[20] Medeiros Cavalcanti et al., *supra* note 5, at 283.

deaths among children.[21] High levels of USAID funding were associated with a 15%

reduction in the mortality rate across all age groups and for all causes of mortality,

with the strongest associations found for HIV/AIDS, which had a 65% reduction as

a cause of death; malaria, with a 51% reduction; and neglected tropical diseases,

with a 50% reduction.[22] Substantial mortality decreases were also observed from

tuberculosis, nutritional deficiencies, diarrheal diseases, lower respiratory

infections, and maternal and perinatal conditions.[23] In children younger than five,

study results reflected a 32% reduction in mortality.[24]

Another study estimated that high, sustained, and multi-faceted USAID

investment in countries averted approximately 1.3 million deaths in women of

reproductive age in the study period from 2009-2019,[25] and yet another study found

that countries with above average USAID funding had a reduced child mortality rate

of 29 fewer deaths per 1,000 live births from 2000 to 2016 when measured against

a control group that would have not have received such funding.[26] USAID delivered

---

[21] *Id.* at 284.

[22] *Id.* at 290.

[23] *Id.*

[24] *Id.*

[25] Karar Z. Ahsan et al., *Accounting for Aid: Estimating the Impact of United States' Global Health Investments on Mortality Among Women of Reproductive Age Using Synthetic Control and Bayesian Methods*, 15 J. Glob. Health 1, 15 (2025), https://jogh.org/wp-content/uploads/2025/03/jogh-15-04067.pdf.

[26] William Weiss et al., *Estimating the Impact of Donor Programs on Child Mortality in Low-and Middle-Income Countries: A Synthetic Control Analysis of*

8

these life-saving services for less than one percent of the U.S. federal budget, or about $105 per U.S. citizen per year.[27]

In the governance sector, USAID focused on building democratic, resilient societies capable of addressing the needs of their citizens. For instance, in Senegal, the agency funded and led a Governance for Local Development program focused on strengthening the ability of local governments nationwide to respond to citizen needs, improve the collection and management of local resources and services, and foster community participation in the delivery of essential public services like health care, education, water, and sanitation, by developing a participatory budgeting process.[28] The program helped a local government and its citizens reinvigorate its tax system, substantially boosting tax generation and community participation in deciding how to use collected funds.[29] Elsewhere, USAID gathered citizens and local government representatives together to mobilize funds to support improvements to

---

*Child Health Programs Funded by the United States Agency for International Development*, 20:2 Population Health Metric 1, 9 (2022), https://pubmed.ncbi.nlm.nih.gov/34986844/.

[27] *What USAID Did, and the Effects of Trump's Cuts on Lifesaving Aid*, Oxfam America (Nov. 6, 2025), https://www.oxfamamerica.org/explore/issues/making-foreign-aid-work/what-do-trumps-proposed-foreign-aid-cuts-mean/.

[28] *Integrated Governance Approach Yields improved Services in Senegal*, RTI International (Oct. 7, 2024), https://www.rti.org/impact/usaid-gold-integrated-governance-approach-yields-improved-services-senegal.

[29] *Id.*

a crucial health care facility.[30] Projects like these boost foreign governments' abilities, skills, and systems, building their resilience and efficiency and ultimately decreasing their reliance on foreign aid.[31] They also materially support U.S. foreign policy. Targeted work to improve the perception and delivery of government support acts as a bulwark against further expansion of violent extremist groups in neighboring countries.

### III.    USAID's Dismantling

President Trump initiated USAID's dismantling on his first day in office. This destruction turned out to be complete, proceeding rapidly and tumultuously.

On January 20, 2025, the President issued an Executive Order pausing all U.S. foreign assistance for 90 days "pending reviews of such programs for programmatic efficiency and consistency with United States foreign policy."[32] The Secretary of State issued a stop-work order four days later.[33] By early February, almost all work related to foreign assistance awards had been halted, with limited but evolving exceptions.[34] Rather than the comprehensive review the Executive Order promised,

---

[30] *Id.*

[31] *See generally id.*

[32] Exec. Order No. 14,169, 90 Fed. Reg. 8,619, 8,619 (Jan. 20, 2025).

[33] Sec'y of State, Unclassified Email Memorandum to All Diplomatic and Consular Posts re Executive Order on Review of Foreign Assistance Programs (Jan. 24, 2025), https://perma.cc/5S4Y-K34S.

[34] *See, e.g.*, Sec'y of State, *Emergency Humanitarian Waiver to Foreign Assistance Pause*, U.S. Dep't of State (Jan. 28, 2025), https://www.state.gov/emergency-

10

reports describe the process of identifying grant programs to cut or retain as a frantic and "piecemeal approach."[35] Part of the chaos was "a widespread and under-the-radar effort to retain and restore some of the agency's most critical work."[36]

   This administrative havoc had real-world implications. When the government attempted to restart certain services, like HIV/AIDS relief, funding uncertainty and loss of access to payment systems hamstrung the effort, stranding critical shipments en route.[37] Moreover, the piecemeal approach "ignored the reality that some programs relied on others to function."[38] Accordingly, even if shipments could arrive to in-country distribution warehouses, they could not reach clinics because those distribution methods were not approved for waivers.[39] Food was thus left to rot in warehouses and medication expired mere miles from its intended recipients. This

---

humanitarian-waiver-to-foreign-assistance-pause (providing for limited exceptions for certain life-saving humanitarian assistance); *Info Memo for the PEPFAR Implementing Agencies and PEPFAR Country Coordinators*, U.S. Dep't of State (Feb. 1, 2025), https://perma.cc/N62F-TR7K (granting limited waiver to President's Emergency Plan for AIDS Relief for certain "urgent life-saving HIV treatment services").

[35] Amy Shoenfeld Walker et al., *What Remains of U.S.A.I.D.?*, N.Y. Times (June 22, 2025), https://www.nytimes.com/interactive/2025/06/22/us/politics/usaid-foreign-aid-trump.html?bcrFallback=bcrFallback.

[36] *Id.*

[37] Meg Kelly et al., *Trump's USAID Pause Stranded Lifesaving Drugs. Children Died Waiting*, Wash. Post (Sept. 30, 2025), https://www.washingtonpost.com/investigations/interactive/2025/usaid-trump-malaria-hiv-drugs-death/.

[38] Shoenfeld Walker et al., *supra* note 35.

[39] Kelly et al., *supra* note 37.

11

resulted in tragedies like what happened to Gilbert, a seven-year-old boy who died in a hospital less than four miles from where his life-saving treatment was warehoused.[40]

The USAID workforce faced similar tumult. By February 7, the USAID website had been taken down;[41] its headquarters building in Washington, D.C. had been shuttered;[42] and all direct-hire employees had been placed on administrative leave and directed to return to the United States within weeks.[43] On March 28, 2025, nearly all remaining USAID staff were notified of a final reduction-in-force (i.e., termination), effective either July 1 or September 2, 2025.[44]

During this time, the President appointed Secretary of State Marco Rubio as Acting USAID Administrator.[45] In March, Mr. Rubio announced the cancellation of

---

[40] *Id.*

[41] Ellen Knickmeyer, *USAID Website Goes Dark Amid Trump Administration's Freeze on Foreign Aid Worldwide*, PBS News (Feb. 1, 2025), https://www.pbs.org/newshour/politics/usaid-website-goes-dark-amid-trump-administrations-freeze-on-foreign-aid-worldwide

[42] Laura Barron-Lopez et al., *USAID Signs Covered with Black Tape or Removed at Washington Headquarters*, PBS News (Feb. 7, 2025), https://www.pbs.org/newshour/nation/usaid-signs-covered-with-black-tape-or-removed-at-washington-headquarters.

[43] USAID Off. of Inspector Gen., *Notification of Administrative Leave*, https://perma.cc/RKG7-BKAT (last visited Dec. 1, 2025).

[44] USAID Off. of the Adm'r, *USAID's Final Mission* (Mar. 28, 2025), https://www.politico.com/f/?id=00000195-de57-dc25-a3b7-deffc6eb0000&bcrFallback=bcrFallback [ADD. 13].

[45] U.S. Dep't of State Off. of the Spokesperson, *Secretary Marco Rubio Appointed as Acting Administrator for the United States Agency for International*

83% of USAID-managed foreign aid programs and a restructuring of remaining USAID programs within the Department of State.[46] In June, the President sent a message to Congress requesting to rescind approximately $8.3 billion in funding for foreign assistance programs, most of which Congress had already appropriated.[47] On July 1, 2025, USAID officially ceased to implement U.S. foreign assistance.[48] In August, the Trump Administration announced a second rescission request to cancel nearly $4 billion in already-appropriated foreign aid spending.[49]

The chaotic manner of USAID's shutdown makes it hard to fully and accurately account for its funding cuts. As the *New York Times* wrote in June, "[t]he shell of [USAID] that is left today is the result of this chorus of pleas and

---

*Development (USAID)* (Feb. 3, 2025), https://www.state.gov/secretary-marco-rubio-appointed-as-acting-administrator-for-the-united-states-agency-for-international-development-usaid/.

[46] Joseph Gedeon, *Rubio Says 83% of USAID Programs Terminated After Six-Week Purge*, Guardian (Mar. 10, 2025), https://www.theguardian.com/us-news/2025/mar/10/marco-rubio-usaid-funding.

[47] Ryan Nobles et al., *White House Asks Congress to Codify DOGE Cuts to USAID and Public Broadcasting*, NBC News (June 3, 2025), https://www.nbcnews.com/politics/congress/white-house-ask-congress-codify-doge-cuts-usaid-public-broadcasting-rcna210595; Message to Congress from President Trump re Proposed Rescission of Budgetary Resources (May 28, 2025), https://www.whitehouse.gov/wp-content/uploads/2025/03/Proposed-Rescissions-of-Budgetary-Resources.pdf.

[48] McCabe, *supra* note 2, at 1.

[49] *Historic Pocket Rescission Package Eliminates Woke, Weaponized, and Wasteful Spending*, The White House (Aug. 29, 2025), https://www.whitehouse.gov/briefings-statements/2025/08/historic-pocket-rescission-package-eliminates-woke-weaponized-and-wasteful-spending/.

negotiations, and of hasty decisions made by political leaders, many of whom had little experience in foreign aid."[50] What is clear is that extreme staffing and funding cuts have caused a dramatic curtailment of services that USAID had provided throughout the world. By July 2025, when the agency was terminated, the United States's annual foreign aid funding for fiscal year 2025 dropped by almost two-thirds, to an estimated $12 billion, from over $30 billion funded by Congress.[51]

## IV.    Harm to Vulnerable Populations Worldwide

Equal but opposite to these benefits, USAID's dismantling has caused terrible harm to the world's most vulnerable communities. The impacts to global health have been, and will continue to be profound, resulting in more sickness and death, especially among children, often from treatable conditions. Famine and malnutrition have, and will continue to, become more prevalent. And without USAID's efforts to protect the rule of law and good governance throughout the world, more people will face profound insecurity. All told, loss of USAID funding and services will result in 14 million additional deaths by 2030, including 4.5 million deaths among children younger than 5 years, or more than 700,000 additional child deaths annually.[52]

---

[50] Shoenfeld Walker et al., *supra* note 35.

[51] McCabe, *supra* note 2, at 1; *see also* USA Spending, *Agency for International Development*, https://www.usaspending.gov/agency/agency-for-international-development?fy=2025 (last visited Dec. 1, 2025).

[52] Medeiros Cavalcanti et al., *supra* note 5, at 284.

A.    Global Health

The damage to global health is hard to overstate. USAID obligated and implemented nearly three-quarters of all U.S. global health bilateral assistance in fiscal year 2023.[53] The agency had an even more outsized role in maternal and child health, tuberculosis, and global health security, where it obligated 100% of bilateral support.[54] Without USAID support, threats like HIV/AIDS, tuberculosis, malaria, and neglected tropical diseases will grow.

The fight against tuberculosis, one of the deadliest infectious diseases, will also suffer. Such efforts are estimated to have prevented 75 million deaths.[55] The United States, through USAID, led these efforts through successful partnerships between governments, civil society, and international funders.[56] But USAID's dismantling and uncertainty about ongoing U.S. support of other global health initiatives are reversing hard-fought gains. A recent study attempted to quantify the impact of USAID and related U.S. funding declines on pediatric tuberculosis, projecting an additional 2.5 million cases and 340,000 deaths if current funding cuts

---

[53] Kates et al., *supra* note 7.

[54] *Id.*

[55] Nicolas A. Menzies et al., *Potential Paediatric Tuberculosis Incidence and Deaths Resulting from Interruption in Programmes Supported by International Health Aid, 2025-34: A Mathematical Modelling Study*, 9 Lancet 787, 787 (2025), https://www.thelancet.com/journals/lanchi/article/PIIS2352-4642(25)00218-4/fulltext [ADD. 18].

[56] *Id.* at 787-88.

remained but the United States continued to participate in other global initiatives.[57] If the United States withdrew from those initiatives as well, pediatric cases were projected to increase by an additional three to seven million and roughly one million more children might die.[58] As these projections focus only on pediatric tuberculosis, they underestimate the overall impact of funding cuts.

Malaria cases and related deaths will also increase. There are approximately 263 million malaria cases and 600,000 deaths each year, the majority of deaths occurring among children under age five.[59] The President's Malaria Initiative, funded and implemented primarily by USAID, is credited with helping to save 11.7 million lives and prevent 2.1 billion malaria cases since 2000.[60] Without USAID and most of its staff, the implementation capacity of the President's Malaria Initiative is severely hobbled, even if funding were to resume from other sources, which is by no means certain.[61] An internal USAID memorandum estimated that, if the program

---

[57] *Id*. at 792-93. Pediatric tuberculosis is particularly sensitive to disruptions in health services due to increased risk of contraction.

[58] *Id.* at 793.

[59] *The Trump Administration's Foreign Aid Review, Status of the President's Malaria Initiative (PMI)*, KFF (Oct. 16, 2025), https://www.kff.org/global-health-policy/the-trump-administrations-foreign-aid-review-status-of-the-presidents-malaria-initiative-pmi/.

[60] *Id.*

[61] *Id.*

16

is not funded and implemented at current levels, there may be 12.5 to 17.9 million additional malaria cases and 71,000 to 166,000 additional deaths annually.[62]

USAID funding cuts will also increase suffering from neglected tropical diseases, which affect more than a billion people in Africa, Asia, and Latin America.[63] Since 2006, the United States invested more than $1.4 billion to address these diseases, and USAID worked with major pharmaceutical companies to support the delivery of billions of free drugs to treat them.[64] To date, 57 countries had eliminated, or were on track to eliminate, at least one disease by 2030, with some countries having eliminated three or four.[65] But USAID's program was shuttered this year, and these diseases are likely to rebound. Recently, the Africa Centres for Disease Control and Prevention determined that filling this void for the next two years alone would require nearly $700 million.[66]

Individuals and communities suffering from HIV/AIDS also face dramatic harm if initial cuts to the President's Emergency Plan for AIDS Relief (PEPFAR)—

---

[62] Nicholas Enrich, *Info Memo for the USAID Administrator and Deputy Administrator re Risks to U.S. National Security and Public Health: Consequences of Pausing Global Health Funding for Lifesaving Humanitarian Assistance*, USAID (Mar. 4, 2025), https://perma.cc/H8CT-AJYF.

[63] *See* Emma Batha, *Drugs for Tropical Diseases Go to Waste After US Aid Cuts*, Context News (Aug. 21, 2025), https://www.context.news/socioeconomic-inclusion/drugs-for-tropical-diseases-go-to-waste-after-us-aid-cuts.

[64] *Id.*

[65] *Id.*

[66] *Id.*

the U.S. government's flagship program to combat HIV in low-income countries—are made permanent. USAID designed, obligated, and managed roughly 60% of PEPFAR funding,[67] and by 2024, PEPFAR was estimated to have saved more than 25 million lives by supporting access to antiretroviral treatments and allowing 7.8 million babies to be born HIV free.[68] PEPFAR continues to exist, but without USAID involvement, the program—and especially, service delivery—has been disrupted.[69] One study projected that anticipated reductions to HIV-related international aid and PEPFAR support could cause 4.43 to 10.75 million new HIV infections and 770,000 to 2.93 million HIV-related deaths between 2025 and 2030 alone.[70] The real-world implications are hard to fathom. For example, in Tanzania and Uganda, where funding and service disruptions have caused clinics to close, patients report dose-skipping or rationing medication due to uncertainty about future

---

[67] *See* Kates et al., *supra* note 7.

[68] *PEPFAR*, HIV.gov, https://www.hiv.gov/federal-response/pepfar-global-aids/pepfar (last updated Sept. 19, 2025).

[69] *Id.*

[70] Debra ten Brink et al., *Impact of an International HIV Funding Crisis on HIV Infections and Mortality in Low-Income and Middle-Income Countries: A Modelling Study*, 12 Lancet HIV E346, E350 (2025), https://www.thelancet.com/journals/lanhiv/article/PIIS2352-3018(25)00074-8/abstract [ADD. 27].

18

supplies.[71] Women report resorting to unwanted abortions for fear of transmitting HIV to their unborn child without medication to prevent transmission.[72]

### B.    Malnutrition and Famine

The demise of USAID funding and programs will also severely hamper efforts to address hunger and malnutrition. Acute malnutrition affects about 43 million children worldwide, damaging health and cognitive functioning.[73] A severely malnourished young child is 11 times more likely to die than a healthy child.[74]

Until recently, USAID played a large role in addressing global malnutrition. In 2016 alone, it provided food assistance to more than 53 million people across 47 countries.[75] The United States, primarily through USAID, provided $3.1 billion to the United Nations World Food Program in 2023, over a third of the program's budget.[76] USAID itself funded 50% of therapeutic food products used to treat

---

[71] *On the Brink of Catastrophe: U.S. Foreign Aid Disruption to HIV Services in Tanzania and Uganda*, Physicians for Human Rights (Sept. 3, 2025), https://phr.org/our-work/resources/on-the-brink-of-catastrophe-u-s-foreign-aid-disruption-to-hiv-services-in-tanzania-and-uganda/.

[72] *Id.*

[73] Apoorva Mandavilli, *A $45 Treatment Can Save a Starving Child. US Aid Cuts Have Frozen the Supply*, N.Y. Times (Aug. 18, 2025), https://www.nytimes.com/2025/08/15/health/hunger-malnutrition-usaid-cuts.html?bcrFallback=bcrFallback.

[74] *Id*.

[75] Kates et al., *supra* note 7.

[76] *Annual Performance Report for 2023*, World Food Programme Executive Board 1, 14 (2024), https://executiveboard.wfp.org/document_download/WFP-0000157354 [ADD. 36]; Allison Lombardo, *USAID Cuts Weaken U.S. Influence at*

malnutrition in children globally.[77] The food distribution system is particularly complex. American farmers supply raw ingredients to American manufacturers, who produce finished aid products, which are then shipped to Africa to be unloaded, stored, and distributed throughout the continent.[78] This process can take weeks or even months.[79]

Cuts and shifts in U.S. programs in early 2025 threw this distribution system into disarray.[80] Even where programs were transferred to the State Department, they suffered, because the State Department lacked sufficient personnel to restore previous service levels.[81] The results have been deadly. Several international nonprofit organizations report deaths of children that could have been prevented if aid, already paid for and sent, had been delivered.[82]

By way of example, in Katsina, Nigeria, cuts to international aid have caused severe pediatric malnutrition to rise by 208% in the first half of 2025 (compared with

---

*the United States*, Ctr. for Strategic & Inter'l Stud. (May 19, 2025), https://www.csis.org/analysis/usaid-cuts-weaken-us-influence-united-nations.

[77] Taiwo Adebayo, "*Children Die as USAID Aid Cuts Snap a Lifeline for the World's Most Malnourished*," Associated Press (May 16, 2025 at 12:15 EST), https://apnews.com/article/usaid-funding-cuts-humanitarian-children-trump-4447e210c4b5543b8ebb9a6b9e01aa53.

[78] Mandavilli, *supra* note 73.

[79] *Id.*

[80] *Id.*

[81] *Id.*

[82] *Id.*

the same period last year), with 652 children dying from malnutrition in those six months.[83] In July 2025, the United Nations suspended food and nutrition aid for 1.3 million people in northeast Nigeria because stocks of life-saving aid had run out.[84] The harm will worsen. Without treatment, 60% of the 13.7 million children currently affected by severe malnutrition worldwide could die.[85]

### C.     Humanitarian Aid and Development Assistance

The collapse of USAID's developmental services has also increased human suffering and weakened U.S. national security interests. Humanitarian crises have been multiplying worldwide, claiming an increasing percentage of USAID's budget. Between 2017 and 2020, the agency responded to more than 240 natural disasters and crises worldwide.[86] Such crises can be caused by man-made or natural disasters and implicate a constellation of needs, like health, nutrition, and safety. In 2022, USAID was responsible for 57% of nutrition interventions; 50% of food

---

[83] *At Least 652 Children Died From Malnutrition in Nigeria in Last Six Months, MSF Says*, Reuters (July 25, 2025 at 2:13 EDT), https://www.reuters.com/business/healthcare-pharmaceuticals/least-652-children-died-malnutrition-nigeria-last-six-months-msf-says-2025-07-25/.

[84] *Id.*

[85] Saskia Osendarp et al., *The Full Lethal Impact of Massive Cuts to International Food Aid*, Nature (Mar. 26, 2025), https://www.nature.com/articles/d41586-025-00898-3.

[86] Medeiros Cavalcanti et al., *supra* note 5, at 284.

distributions; 54% of agricultural inventions; and 42% of clean water, sanitation, and hygiene projects worldwide.[87]

Historically, USAID also operated programs designed to counter violent extremism and support the development of foreign countries' governance and civil societies. These efforts directly save and improve lives. They foster the development of governance and social structures within communities, increasing self-sufficiency. And they further U.S. national security interests in volatile but strategically important regions.

Without USAID providing quick, stabilizing response to disasters, vulnerable communities will suffer, further straining global aid resources. And as the United States withdraws from volatile regions, violence and insecurity are already on the rise. There are examples of these impacts throughout the world, most notably in Africa, where many countries already face high levels of poverty, instability, and debt.[88]

---

[87] *Id.* at 290.

[88] Sebastion Haug, Anna Novoselova, & Stephan Klingebiel, *Trump's Assault on Foreign Aid: Implications for International Development Cooperation*, German Institute of Dev. & Sustainability 1, 11-12 (2025) https://www.idos-research.de/fileadmin/user_upload/pdfs/publikationen/discussion_paper/2025/DP_4.2025.pdf.

- The Democratic Republic of Congo (DRC), for instance, has faced a health crisis, armed conflict, and forcible displacement of millions of people.[89] USAID provided lifesaving aid in the form of food, clean water, sanitation, and hygiene kits. With USAID's shuttering, the eastern part of DRC has lost 70% of its humanitarian assistance.[90] Now, severe food insecurity, sexual violence, and disease outbreak are on the rise.[91]

- In Somalia, a country of geopolitical import and gripped by recurring drought and Islamist insurgency, the United States has been by far the largest donor of humanitarian aid.[92] That crucial funding decreased dramatically from an average of $450 million a year over the past decade to $128 million in the most recent fiscal year.[93] Children are sicker and facing more severe and life-threatening conditions.[94] One problem drives the next: Sick and malnourished children, displaced by drought and war,

---

[89] *The Human Impact of Cutting USAID*, Oxfam America (Nov. 7, 2025), https://www.oxfamamerica.org/explore/issues/making-foreign-aid-work/human-impact-of-usaid-cuts/.

[90] *Id.*

[91] *Id.*

[92] Stephanie Nolen, *America's Retreat from Aid Is Devastating Somalia's Health System*, N.Y. Times (Oct. 24, 2025), https://www.nytimes.com/2025/10/17/health/somalia-children-malnutrition-usaid.html.

[93] *Id.*

[94] *Id.*

23

arrive in congested refugee camps, where close quarters make everyone more vulnerable to disease.[95]

- In Mozambique, USAID determined that extreme poverty and lack of basic services were fueling a jihadist insurgency.[96] USAID thus operated programs to address root causes and stabilize the area, providing roughly $586 million in 2024 funding, or about 3% of the country's gross domestic product.[97] When one such program ended in the Cabo Delgado region, the jihadist militant organization, Islamic State of Iraq and Syria (ISIS), quickly moved into the void. On September 7, 2025, ISIS launched an offensive into the region, beheading dozens of Christian men and triggering the migration of tens of thousands of residents near Mocimboa da Praia.[98]

- U.S. funding cuts have also led to a sharp increase in criminality, sexual violence, and human trafficking within the sprawling Dzaleka refugee

---

[95] *Id.*

[96] Nick Paton-Walsh, Natalie Wright, & Samuel Come, *In Mozambique, an ISIS Insurgency is Newly Energized as US Cuts Impact Aid Programs*, CNN (Nov. 21, 2025), https://www.cnn.com/2025/11/21/africa/mozambique-isis-insurgency-us-aid-cuts-intl-cmd [ADD. 101].

[97] *Id.*

[98] *Id.*

24

camp in Malawi, home to 55,000 people, in southeastern Africa, according to a U.S. embassy official in late April.[99]

- In Kenya, the U.S. embassy reported that news of funding cuts led to violent demonstrations, and one woman died in a stampede at a food distribution center, as the World Food Program announced plans to cut its daily rations to less than 600 calories a day per person.[100]

Collectively, these impacts increase the violence, uncertainty, and chaos faced by vulnerable populations.

## V. USAID's Dismantling Has Damaged the Global Aid Ecosystem

The damage resulting from withdrawn USAID funding is undoubtedly profound. But the full consequences of a world without USAID stretch further.

To begin, it is unlikely that other donors will be able to fill the gap left by USAID. In fact, the sharp drop in USAID funding is occurring alongside a global downturn in aid.[101] Recently, many other countries that, like the United States, had

---

[99] Brett Murphy & Anna Maria Barry-Jester, *Death, Sexual Violence and Human Trafficking: Fallout from U.S. Aid Withdrawal Hits the World's Most Fragile Locations*, Pro Publica (May 28, 2025), https://www.propublica.org/article/trump-usaid-malawi-state-department-crime-sexual-violence-trafficking.

[100] *Id.*

[101] Matthew Ward-Agius, *Global Aid Crisis Dire as Winter Nears for Millions in Need*, Deutsche Welle (Nov. 15, 2025), https://www.dw.com/en/unhcr-fao-wfp-and-other-humanitarian-aid-organizations-seeing-major-impacts-from-usaid-cuts/a-74748320?maca=en-rss-en-top-1022-rdf.

been leaders in development assistance have significantly decreased funding.[102] The Human Rights Funders Network estimates that global official development assistance will decrease by $62 billion annually by 2026.[103] Remaining donor agencies will face an increased burden and difficult choices. Agencies like the United Nations Development Program and the World Bank will face increased pressure to cover the loss of USAID funding, which could lead to an overextension of resources and declining effectiveness in donor assistance delivery.[104]

Moreover, the global aid sector has "not only lost funding but the key anchor that shaped coordination, expectations, and norms of practice for decades."[105] Expertise, relationships, trust, goodwill, formal coordination structures, and more were lost along with U.S. dollars, further weakening the global aid system that remains and rendering remaining aid less effective.[106] Additionally, USAID programs were often run as partnerships, through which other countries and organizations could leverage USAID's expertise and infrastructure to make their contributions more impactful. Without USAID's coordination, other donors may no

---

[102] *Funding at a Crossroads: Foreign Aid Cuts and Implications for Global Human Rights*, Human Rights Funders Network 1, 6 (2025), https://www.hrfn.org/wp-content/uploads/2025/09/Funding-at-a-Crossroads-HRFN-Sept-2025.pdf.

[103] *Id.* at 8.

[104] Fraser, *supra* note 10.

[105] Grady et al., *supra* note 15.

[106] *Id.*

26

longer contribute funding and resources. And even if they do, without USAID personnel organizing the effort, these programs will struggle to survive. Even development organizations that never received funding from USAID, like Oxfam America, are acutely impacted.[107]

For example, USAID's withdrawal in Somalia prompted key donors from other governments to decrease their funding.[108] Britain had been the second-largest donor to health in Somalia after the United States, but it plans to end its funding for healthcare there in March 2026.[109] As a result of these funding cuts, the World Food Program expects to reduce the number of people to whom it provides food assistance from 1.1 million in August 2025 to 350,000 in November 2025.[110] For every ten people in need of food aid for survival, fewer than one will get it.[111]

Because USAID was so integral to the distribution of foreign aid, there have been widespread disruptions to the global aid supply chain. The New York Times reports boxes containing millions of dollars of lifesaving food aid are "stuck at every link in the supply chain: in manufacturers' warehouses, at shipping companies, in

---

[107] *See, e.g.*, Lauren Evans, *The Fall of USAID Changed Everything – Even for Those It Didn't Fund*, Devex (Mar. 13, 2025), https://www.devex.com/news/the-fall-of-usaid-changed-everything-even-for-those-it-didn-t-fund-109625.

[108] Nolen, *supra* note 92, at 6.

[109] *Id.* at 7.

[110] *Id.*

[111] *Id.*

cities that received shipments and in treatment centers that have shut down all over the world."[112] While supplies are stuck, thousands of children are at high risk of dying and tens of thousands more could be in danger in the near future.[113]

USAID's crucial role is particularly evident in the Gambella region of Ethiopia, where USAID and other organizations had worked together to provide food, water, medicine, and healthcare to one of the world's largest refugee settlements.[114] USAID funding cuts caused a domino effect, disrupting supply chains and clinic staffing. Refugees in Gambella are currently surviving on just 60% of the recommended daily food ration.[115]

The loss of trust and relationships with local communities will further compound the harm. The dissolution of coordination systems USAID ran or fostered—like formal working groups, technical forums, and platforms—left remaining aid organizations and local providers without the information networks and logistical support upon which they depend.[116] Some local organizations now

---

[112] Mandavilli, *supra* note 73.

[113] *Id.*

[114] Oxfam America, *supra* note 89.

[115] *Id.*

[116] Arjun Srinivas & Dylan-Ebs, *USAID Shutdown Created Permanent Cracks in Global Humanitarian System: Study*, GW Hatchet (Nov. 17, 2025), https://gwhatchet.com/2025/11/17/usaid-shutdown-created-permanent-cracks-in-global-humanitarian-system-study/.

28

distrust foreign organizations and governments after projects were terminated midstream with no warning or resources when USAID funding was cut.[117]

The full extent of the damage is difficult to comprehend and will continue to emerge. Yet the immediate impacts are already calamitous. As one recent study assessing the impact of the dissolution of USAID on global health put it: "the probable ripple effects on other international donors . . . threaten to abruptly halt and reverse one of the most important periods of progress in human development."[118]

Meanwhile, the need for support throughout the world grows. The number of displaced people in need of humanitarian aid around the world has doubled in the last decade.[119] Looking again at Somalia, the humanitarian crisis there is worsening as the country experiences intensifying drought, with 3.4 million people facing food insecurity, and a quarter of the county's population having been displaced.[120]

The manner in which USAID was dismantled and its continued absence has upset the entire global aid effort. Redressing that harm will be difficult, if not impossible.

## CONCLUSION

The dismantling of USAID has imperiled individuals, communities, and the

---

[117] *Id.*

[118] Medeiros Cavalcanti et al., *supra* note 5.

[119] Ward-Agius, *supra* note 101.

[120] Nolen, *supra* note 92, at 7.

organizational backbone of aid programs throughout the world. For the foregoing

reasons, and for those given in Appellants' Briefs, *Amici* ActionAid USA and the

Committee respectfully ask this Court to reverse the district court's decision.

Dated: December 3, 2025                   Respectfully submitted,

                                          */s/ Caitlin McCusker*

SUBASH IYER                               CAITLIN MCCUSKER
Kaplan Kirsch LLP                         SARA MOGHARABI
1500 Broadway, Suite 1605                 1634 I Street, NW, Suite 300
New York, NY 10036                        Washington, D.C. 20006
(929) 458-6975                            (202) 955-5600
siyer@kaplankirsch.com                    cmcusker@kaplankirsch.com
                                          smogharabi@kaplankirsch.com

JOHN E. PUTNAM
1675 Broadway, Suite 2300
Denver, CO 80202
(303) 825-7010
jputnam@kaplankirsch.com

*Counsel for Amici Curiae*

30

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to Fed. R. App. P. 32(g), the undersigned counsel for *Amici Curiae* certifies that this brief:

(i)    complies with the type-volume limitation of Fed. R. App. P. 29(a)(5) because it contains 6,029 words, including footnotes and excluding the parts of the brief exempted by Fed. R. App. P. 32(f) and Circuit Rule 32(e)(1); and

(ii)    complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word and is set in Times New Roman font in a size equivalent to 14 points or larger.

Dated: December 3, 2025            */s/ Caitlin McCusker*
                                                Caitlin McCusker

31

## <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel for *Amici Curiae* certifies that a true and accurate copy of the foregoing Brief was electronically filed with the Court using the CM/ECF system. Service on counsel for all parties will be accomplished through the Court's electronic filing system.

Dated: December 3, 2025          */s/ Caitlin McCusker*
                                                    Caitlin McCusker

32