# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5290**  **September Term, 2025**

1:25-cv-00352-CJN

Filed On: December 17, 2025 [2150913]

American Federation of Government Employees, et al.,

      Appellants

    v.

Donald J. Trump, President of the United States of America, et al.,

      Appellees

**O R D E R**

    Upon consideration of appellees' unopposed motion to modify the briefing schedule, it is

    **ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellees' Brief | January 28, 2026 |
| Appellants' Reply Brief | February 19, 2026 |

            **FOR THE COURT:**
            Clifton B. Cislak, Clerk

      BY:   /s/
            Michael C. McGrail
            Deputy Clerk