# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5290**                                    **September Term, 2025**

**1:25-cv-00352-CJN**

**Filed On:** April 17, 2026

American Federation of Government
Employees, et al.,

       Appellants

     v.

Donald J. Trump, President of the United
States of America, et al.,

       Appellees

**BEFORE:**   Srinivasan, Chief Judge; Pillard and Pan, Circuit Judges

## O R D E R

Subchapter II of the Civil Service Reform Act "does not apply to" a "reduction-in-force action." 5 U.S.C. § 7512(B). Instead, the Merit Systems Protection Board's jurisdiction over reduction-in-force appeals is declared by regulation. 5 C.F.R. § 351.901 ("An employee who has been furloughed for more than 30 days, separated, or demoted by a reduction in force action may appeal to the Merit Systems Protection Board."); *see Reduction in Force Appeals*, 91 Fed. Reg. 5861, 5864 (Feb. 10, 2026) ("MSPB's jurisdiction over RIF appeals thus developed by custom, rather than statutory command, which MSPB itself acknowledges."). It is therefore

**ORDERED**, on the court's own motion, that the parties be prepared to address at oral argument how the inapplicability of the Civil Service Reform Act to RIFs bears on the argument that the Act deprives the district court of jurisdiction in this case.

<u>Per Curiam</u>

FOR THE COURT:
Clifton B. Cislak, Clerk

BY:   /s/
     Michael C. McGrail
     Deputy Clerk