**No. 25-5290**

---

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES, et al.

*Plaintiffs-Appellants,*

v.

DONALD TRUMP, et al.,

*Defendants-Appellees.*

---

On Appeal from the United States District Court
for the District of Columbia

### NOTICE OF ATTORNEY WITHDRAWAL

| | |
|---|---|
| Kaitlyn Golden | Lauren E. Bateman |
| Pooja A. Boisture | Karla Gilbride |
| Kayla M. Kaufman | Allison M. Zieve |
| Robin F. Thurston | |
| Democracy Forward | Public Citizen |
| Foundation | Litigation Group |
| P.O. Box 34553 | 1600 20th Street NW |
| Washington, D.C. 20043 | Washington, D.C. 20009 |
| (202) 448-9090 | (202) 588-1000 |

*Attorneys for Plaintiffs-Appellants*

The undersigned counsel hereby notifies the Court of her withdrawal as counsel for Plaintiffs-Appellants in the above-captioned case. Plaintiffs-Appellants will continue to be represented by all other listed counsel from Public Citizen Litigation Group and Democracy Forward Foundation.

Dated:       May 3, 2026            Respectfully submitted,


                              /s/ Karla Gilbride

                              Karla Gilbride
                              LAUREN E. BATEMAN
                              ALLISON M. ZIEVE
                              Public Citizen Litigation Group
                              1600 20th Street NW
                              Washington, D.C. 20009
                              (202) 588-1000

                              Kaitlyn Golden
                              Pooja A. Boisture
                              Kayla M. Kaufman
                              Robin F. Thurston
                              Democracy Forward Foundation
                              P.O. Box 34553
                              Washington, D.C. 20043
                              ( 202) 448- 9090


A-1

A-2

## CERTIFICATE OF COMPLIANCE

This document complies with the typeface requirements of Fed. R. App. P. 32(a) because this notice has been prepared in a proportionally spaced typeface using Microsoft Office 365 in Times New Roman 14 point.

Dated: May 3, 2026

/s/ Karla Gilbride

A-3

# CERTIFICATE OF FILING AND SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system on May 3, 2026.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished using the appellate CM/ECF system.

Dated: May 3, 2026

PUBLIC CITIZEN LITIGATION GROUP

s/ Karla Gilbride

Karla Gilbride

*Counsel for Plaintiffs-Appellants*